AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**United States of America**

**v.**

Case No. 26-MJ-1034

**RONNIE POWELL,**
**DANIQUA S. DIXON**

*Defendants*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

On or about March 18, 2026, the defendants, RONNIE POWELL and DANIQUA S. DIXON, did knowingly and intentionally possess with the intent to distribute, cocaine/cocaine base, fentanyl/methamphetamine, Schedule I and Schedule II controlled substances.

**All in Violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2.**

### COUNT 2

On or about March 18, 2026, in the Western District of New York, the defendants, RONNIE POWELL and DANIQUA S. DIXON, in furtherance of drug trafficking crimes, for which they may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Section 841(a)(1), committed in a manner set forth in Count 1, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess a firearm.

**All in Violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

JOHN BRITZZALARO
TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed telephonically.

Date:  March 19, 2026

City and State:  Buffalo, New York

HONORABLE JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

STATE OF NEW YORK   )
COUNTY OF ERIE        )        SS:
CITY OF BUFFALO      )

I, **John F. Britzzalaro**, having been duly sworn, states as follows:

1.      I am a Detective of the Buffalo Police Department (BPD) assigned as a Task Force Officer of the Federal Bureau of Investigation ("FBI") of the United States Department of Justice.   As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.      I have served as an Officer with BPD since January 2018[1].   During that time, I have participated in investigations involving drug trafficking, gun possession, and organized crime matters.   In addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated firearms possession and drug trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking in the Western District of New York.   As a result of my experience, I am familiar with how controlled substances are obtained, diluted, packaged,

---

[1] I was also previously employed from 2016 to 2018 as a police officer with Niagara Frontier Transportation Authority (NFTA) in Buffalo, NY

distributed, sold, and used in the framework of drug trafficking in the Western District of New York and how drug traffickers utilize wire communications to facilitate their illegal activities. My investigative experience detailed herein, and the experiences of other law enforcement agents, who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3.      Your Affiant states that this investigation was conducted by Special Agents of the FBI and other law enforcement personnel assigned to the FBI Buffalo Division – Safe Streets Task Force (FBI-SSTF). [2]   Your Affiant is fully familiar with the facts and circumstances of this investigation, such familiarity having been gained through:  your Affiant's personal knowledge based upon your Affiant's participation in this investigation; statements by and/or reports provided to your Affiant by law enforcement personnel of the FBI-SSTF, BPD, information provided by confidential sources; consensual recordings, controlled evidence purchases of illegal drugs, controlled evidence purchases of firearms, physical surveillances, records checks of various public and law enforcement data bases, and other investigative techniques.

4.      I make this affidavit in support of a criminal complaint charging **RONNIE POWELL and DANIQUA DIXON** with violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute cocaine base,

---

[2] The SSTF is comprised of Agents and Investigators from the Immigration and Customs Enforcement, Erie County Sheriff's Office, Lackawanna Police Department, Niagara Frontier Transportation Authority Police Department, and the Buffalo Police Department.

methamphetamine and fentanyl), and Title18, United States Code, Section 924(c) (Possession of a firearm in furtherance of a crime of drug trafficking).

## PROBABLE CAUSE

## BACKGROUND OF THE INVESTIGATION

5.        Since 2026, the FBI Buffalo Division Safe Streets Task Force ("FBI-SSTF"), along with the Buffalo Police Department ("BPD") and the BPD Gang Intelligence unit have been conducting an investigation into the criminal activities of the Bloods gang, a violent street gang, operating in and around the city of Buffalo, NY. FBI-SSTF has identified numerous Blood gang members as well as gang territory located on the east side of Buffalo, NY. These members have been arrested by several police departments for violent criminal acts that include drug trafficking as well as firearm trafficking. Bloods gang members are known to commit violent criminal acts in furtherance of the gang to protect gang-controlled territory and houses associated with the gang within the Western District of New York. **RONNIE POWELL** and **DANIQUA S. DIXON**, as well as others both known and unknown, have been identified by FBI-SSTF as suspected Bloods gang members, in part because of various gang-related tattoos indicating gang membership and their associations with other Bloods gang members. Utilizing various investigative techniques and surveillance, law enforcement corroborated the information and determined that **DIXON** and **POWELL** are in fact narcotics traffickers who supply various individuals known and unknown within the Western District of New York.

3

**BPD Search of 41 South Domedian, Buffalo, NY**

6.    On March 10, 2026, the Honorable Tiffany Perry, Buffalo City Court Judge, signed a warrant authorizing the search of 41 South Domedian, Buffalo, NY. This residence is known to law enforcement as being utilized by **DIXON** and **POWELL**.   On March 18, 2026, law enforcement executed the search warrant and discovered and seized various items of evidence, including the following:

| ITEM DESCRIPTION | LOCATION RECOVERED |
|---|---|
| One (1) Loaded black Polymer handgun eight rounds in a 17 round capacity magazine no serial number | In the backyard |
| One (1) Loaded Purple and black GSG Firefly 22 caliber pistol s/n F483690 with a five rounds in the magazine | Upper right bedroom in a safe. |
| One (1) scale with white residue and packaging material | On dining room table |
| One (1) One (1) silver package with:<br>- A brick of suspected cocaine weighing approximately 25.5 ounces<br>- One clear plastic bag containing clear crystal-like substance of suspected methamphetamine weighing approximately 61 grams<br>- Multiple bags of suspected fentanyl weighing approximately 223.4 grams | Under a fish tank in the front sunroom |
| Mail addressed to **RONNIE POWELL** and **DANIQUA S DIXON** | In drawer of dining room table |
| One (1) gray plastic grocery bag containing the following:<br>- A clear plastic baggie of suspected crack cocaine weighing approximately 150 grams<br>- A clear plastic bag containing a grey like substance of suspected fentanyl weighing approximately 20.3 grams | In the kitchen in top drawer of a kitchen island cart. |

4

| One (1) clear plastic baggie containing a substance intended to dilute a controlled substance | In the upper drawer of a kitchen island cart. |
|---|---|
| One (1) unloaded 22 caliber magazine | Lower left bedroom floor |
| Four (4) clear plastic bags of suspected methamphetamine cumulatively weighing approximately 64 ounces | On the bed of upper right bedroom |
| Approximately $10,333.00 of U.S currency | In drawer of nightstand of upper right bedroom |
| Misc paperwork for **RONNIE POWELL** | In drawer of nightstand of upper right bedroom |

7.     Your affiant personally participated in the search of the residence and Based upon my training, education, and experience, I recognize the above controlled substances to be cocaine/cocaine base, fentanyl, and methamphetamine.

8.     On March 16, 2026, law enforcement reviewed the utility billing information from National Fuel, a fuel utility company, and discovered that the utilities for 41 South Domedian, Buffalo, NY are in the name of "**DANIQUA S. DIXON.**"

9.     On March 18, 2026, law enforcement observed **POWELL** leaving the residence at 41 South Domedian, Buffalo, entering a vehicle to leave the area. Law enforcement performed a traffic stop and placed **POWELL** under arrest. Det. Sergeant Anthony Fanara of the Buffalo Police Department spoke with **DIXON** telephonically and asked her to surrender. **DIXON** indicated she was out of town and would not be returning to the residence.

11.    A review of **DIXON**'s criminal history showed that **DIXON** was convicted on June 3, 2018, in Erie County, New York, of attempted robbery, 3rd Degree, and sentenced to a term of imprisonment of 18 months.

12.    Based on the weight and packaging of the controlled substances, and based upon my training, education, and experience, I believe that **POWELL** and **DIXON** possessed cocaine/cocaine base, fentanyl, and methamphetamine with the intent to distribute.

**WHEREFORE**, probable cause exists to believe that **POWELL** and **DIXON** did violate Title 21, United States Code, Sections, 841(a)(1) and 841(b)(1)(C), that is, possessing cocaine/cocaine base, fentanyl and methamphetamine with the intent to distribute, as well as Title 18, United States Code, Section 924(c) (Possession of a firearm in furtherance of drug trafficking).

JOHN BRITZZALARO
Task Force Office
Federal Bureau of Investigation

Sworn to before me this telephonically
this 19th day of March 2026.

HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

6